# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JACOB JEROME TAYLOR, <br> ADC #132395 <br>       PLAINTIFF | * <br> * <br> * <br> * | |
| V. | * <br> * | CASE NO. 4:18CV00413 SWW |
| MARGARET ROBERT, ET AL. <br>       DEFENDANTS | * <br> * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

Pursuant to the judgment entered together with this order, this action is DISMISSED WITHOUT PREJUDICE for failure to state a claim. Dismissal of this action dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), *an in forma pauperis* appeal taken from this order and the accompanying judgment would be frivolous and not in good faith.

IT IS SO ORDERED THIS 13TH DAY OF AUGUST, 2018.

                                              /s/Susan Webber Wright <br>
                                              UNITED STATES DISTRICT JUDGE