# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| JACOB JEROME TAYLOR, ADC #132395 PLAINTIFF | |
| V. | CASE NO. 4:18CV00413 SWW |
| MARGARET ROBERT, ET AL. DEFENDANTS | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE. Dismissal of this action dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), *an in forma pauperis* appeal taken from this order and the accompanying judgment would be frivolous and not in good faith.

IT IS SO ORDERED THIS 13TH DAY OF AUGUST, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE